# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 574 WAL 2014
:
        Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
        v. :
:
:
:
JAMES LEONARD, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.